CARTER *v.* SMITH, MCDONALD & COMPANY.

ATKINSON, J. 1. In an equitable suit for an accounting and other relief the pleadings showed, among others, an issue as to whether the plaintiff had agreed to execute to the defendants a mortgage on certain property, and was indebted to the defendants on account of credit extended on faith of a promise to execute the mortgage. The case was submitted to an auditor, who filed his report, and exceptions were duly filed. On a further trial of the case the jury returned a verdict finding in favor of some of the exceptions submitted to their consideration, and against others; and upon this verdict a final judgment was entered. The plaintiff excepted, and assigned error on the final judgment, and also upon an antecedent ruling disallowing an exception to the auditor's report,

the auditor holding: "I find that J. M. Carter [the plaintiff] agreed to give a mortgage on the crops of the Mobley place . ." The exception was that the finding "is contrary to the evidence and is without evidence to support it." The bill of exceptions contains no other assignment of error. *Held:* Though conflicting, the evidence was sufficient to sustain the finding of the auditor, and there was no error in disallowing the exception.

*Judgment affirmed. All the Justices concur, except George, J., disqualified.*
No. 901. JANUARY 14, 1919.

Exceptions to auditor's report. Before Judge Graham. Dooly superior court. February 7, 1918.

*Joseph H. Hall* and *J. Gordon Jones,* for plaintiff.

*Jule Felton,* for defendants.

*Judgment affirmed. All the Justices concur.*
No. 947. JANUARY 14, 1919.